MICHAEL BAILEY
United States Attorney
District of Arizona
RYAN P. DEJOE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: ryan.dejoe@usdoj.gov
Attorneys for Plaintiff

FILED____LODGED
____RECEIVED____COPY

2020 NOV 24  P 4: 39

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR20-02706 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

vs.

1. Trammel Davon Booker,
(Counts 1, 2, 3, 4, Forfeiture)

2. Jason Evwhret Peete,
(Counts 1, 4, Forfeiture)

3. John Wesley Dawson Jr.,
(Counts 1, 2, 3, 4, Forfeiture)

4. Tiffany Frances Broadnax,
(Counts 1, 4, Forfeiture)

5. Taylor Alan Fulton,
(Counts 1, 2, 3, 4, Forfeiture)

6. Amber Dawn Byer,
(Counts 1, 4, Forfeiture)

7. Linda Laverne Cannon,
(Counts 1, 4, Forfeiture)

8. Justin Sane,
(Counts 1, 4, Forfeiture)

        Defendants.

I N D I C T M E N T

Violations:

21 U.S.C. § 846, 841(a)(1) and (b)(1)(A)(ii)(II)
(Conspiracy to Possess With Intent to Distribute Cocaine)
Count 1

21 U.S.C. §841(a)(1) and (b)(1)(B)(ii)(II)
(Possession with Intent to Distribute Cocaine)
18 U.S.C. §2
(Aiding and abetting)
Count 2

21 U.S.C. §841(a)(1) and (b)(1)(C)
(Possession with Intent to Distribute Cocaine)
18 U.S.C. §2
(Aiding and abetting)
Count 3

18 U.S.C. § 1956(h), 1956(a)(1)(A)(i)
(Conspiracy to Launder Monetary Instruments)
Count 4

21 U.S.C. § 853(p); 18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

## COUNT 1

From a time unknown until on or about October 28, 2020, in the District of Arizona, the Eastern District of Michigan, and elsewhere, TRAMMEL DAVON BOOKER, JASON EVWHRET PEETE, JOHN WESLEY DAWSON JR., TIFFANY FRANCES BROADNAX, TAYLOR ALAN FULTON, AMBER DAWN BYER, LINDA LAVERNE CANNON, and JUSTIN SANE did knowingly and intentionally combine, conspire, confederate and agree with each other and other persons known and unknown to the grand jury, to possess with intent to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(A)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

Before TRAMMEL DAVON BOOKER committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before JOHN WESLEY DAWSON JR. committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, a conviction under Michigan Public Health Code 333.7401(1) and (2)(a)(iii), for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 2

On or about February 7, 2020, in the District of Arizona, the Eastern District of Michigan, and elsewhere, TRAMMEL DAVON BOOKER, JOHN WESLEY DAWSON JR., and TAYLOR ALAN FULTON did knowingly and intentionally possess with intent

to distribute 500 grams or more of cocaine, a Schedule II controlled substance; or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II).

Before TRAMMEL DAVON BOOKER committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

Before JOHN WESLEY DAWSON JR. committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, a conviction under Michigan Public Health Code 333.7401(1) and (2)(a)(iii), for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## COUNT 3

On or about April 20, 2020, in the District of Arizona, the Eastern District of Michigan, and elsewhere TRAMMEL DAVON BOOKER, JOHN WESLEY DAWSON JR., and TAYLOR ALAN FULTON did knowingly and intentionally possess with intent to distribute less than 500 grams of cocaine, a Schedule II controlled substance; or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

Before TRAMMEL DAVON BOOKER committed the offense charged in this count, he had a final conviction for a serious drug felony, namely, a conviction under Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii), for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

1  Before JOHN WESLEY DAWSON JR. committed the offense charged in this
2  count, he had a final conviction for a serious drug felony, namely, a conviction under
3  Michigan Public Health Code 333.7401(1) and (2)(a)(iii), for which he served more than
4  12 months of imprisonment and for which he was released from serving any term of
5  imprisonment related to that offense within 15 years of the commencement of the instant
6  offense.

## COUNT 4

From a time unknown until on or about October 28, 2020, in the District of Arizona, the Eastern District of Michigan, and elsewhere, TRAMMEL DAVON BOOKER, JASON EVWHRET PEETE, JOHN WESLEY DAWSON JR., TIFFANY FRANCES BROADNAX, TAYLOR ALAN FULTON, AMBER DAWN BYER, LINDA LAVERNE CANNON, and JUSTIN SANE, did knowingly combine, conspire, confederate and agree with each other and other persons known and unknown to the grand jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct or attempt to conduct a financial transaction, to wit, mailing parcels containing narcotics through the United States Postal Service and purchasing United States Postal Service money orders, which involved the proceeds of a specified unlawful activity, that is drug trafficking, with the intent to promote the carrying on of specified unlawful activity, to wit: drug trafficking, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION

Upon conviction of the controlled substances offenses alleged in Counts One through Four of this Indictment, defendants, TRAMMEL DAVON BOOKER, JASON EVWHRET PEETE, JOHN WESLEY DAWSON JR., TIFFANY FRANCES BROADNAX, TAYLOR ALAN FULTON, AMBER DAWN BYER, LINDA LAVERNE

CANNON, and JUSTIN SANE, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853:

(a) All right, title, and interest in (1) any property, real or personal, constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of the said violations, and (2) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations;

(b) A sum of money equal to the amount of proceeds obtained as a result of the offense, for which the defendants are jointly and severally liable.

Upon conviction of Count Four of this Indictment, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), defendant(s), TRAMMEL DAVON BOOKER, JASON EVWHRET PEETE, JOHN WESLEY DAWSON JR., TIFFANY FRANCES BROADNAX, TAYLOR ALAN FULTON, AMBER DAWN BYER, LINDA LAVERNE CANNON, and JUSTIN SANE, shall forfeit to the United States a sum of money equal to the amount of proceeds of a specified unlawful activity, namely: conspiracy to possess with the intent to distribute cocaine, in violation of Title 21, United States Code, Section 846, and is, therefore, forfeitable pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

If any of the forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

///

//

/

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

FOREPERSON OF THE GRAND JURY
Dated: November 24, 2020

MICHAEL BAILEY
United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/s/

RYAN P. DEJOE
Assistant U.S. Attorney